373 A.2d 1146

Friend, Appellant, v. Hershey Trust Company.

Argued March 15, 1977.   William J. Madden, Jr., with him George F. Shinehouse, Jr., for appellant;  Charles W. Rubendall, II, with him Heath L. Allen, for appellee.

Judgment affirmed.

373 A.2d 1147

Gardner v. Gardner, Appellant.

Argued November 16, 1976.   Michael J. Kearney, Jr., for appellant; Anthony J. Martin, with him Martin and Finnegan, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, P. J., absent.